THE STATE OF TEXAS V. GILBERT SNEED ET AL.
THE STATE OF TEXAS V. PAN-AMERICAN PRODUCTION
COMPANY, ET AL.

Nos. A332 and A333. Decided November 15, 1944.
(183 S. W., 2d Series, 566.)

*Grover Sellers*, Attorney General, *Gaynor Kendal, Geo. W. Barcus, Fagan Dickson* and *Ocie Speer*, Assistants Attorney General, for petitioner.

*Turner, Rodgers & Winn, Carlton R. Winn, George S. Terry*, all of Dallas, *Donald Campbell* and *L. A. Thompson*, both of Tulsa, Okla., for Stanolind Oil & Gas Company, and *Carlos B. Masterson*, of Angelton, for Hiram Moore, *Ralph B. Lee, R. E. Seagler* and *Rex G. Baker* for Humble Oil & Refining Company, and *Vinson, Elkins, Weems & Francis* and *Tarlton Morrow*, all of Houston, for the Sneeds, all respondents.

MR. CHIEF JUSTICE ALEXANDER delivered the opinion of the Court.

On the 18th day of October, 1944, we refused applications for writs of error in the above cases. The applications were refused because we were of the opinion that the State's suits to recover the land were barred by the one year statute of militation. Revised Statutes, Art. 5329, sec. 4; Caples v. Cole, 129 Texas 370, 102 S. W. (2d) 173, 104 S. W. (2d) 3.

The motions for rehearing are overruled.